# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

DOYLE R. HAM, JR.,

Plaintiff,

v.                                                           Civil Action No. JKB-19-2210

DEPARTMENT OF PUBLIC SAFETY and
CORRECTIONAL SERVICES,

Defendants

## MEMORANDUM

The Plaintiff has filed yet another action contending that he is the victim of employment discrimination and entitled to relief under Title VII. Now pending before the Court is the Defendant's MOTION TO DISMISS (ECF No. 15). The Plaintiff was sent a Rule 12/56 Notice (ECF No. 18) but he has not responded to the Motion to Dismiss. The requisite period has passed and the Motion is ripe for decision.

The Court has carefully reviewed the Motion to Dismiss and the Memorandum In Support as well as relevant exhibits (ECF Nos. 15, 15-1, 15-2, 15-3, 15-4, 15-5, 15-6, 15-7, 15-8, 15-9). The Court has considered and reflected on the previous litigation here involving this Plaintiff. For the reasons set out in the Defendant's MOTION TO DISMISS (ECF No. 15) and MEMORANDUM IN SUPPORT (ECF No. 15-1), the Motion (ECF No. 15) will be GRANTED by an accompanying Order.

DATED this 25 day of February, 2020.

BY THE COURT:

_____
James K. Bredar
Chief Judge